**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00037-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODRIGO DANIEL MORALES-TAPIA,

    Defendant.

**ORDER**

THIS MATTER coming before the Court upon motion of the government to grant the defendant a four-level downward departure from the applicable offense level pursuant to United States Sentencing Guideline § 5K3.1, and the Court having considered the same,

IT IS HEREBY ORDERED that the defendant be granted a four-level downward departure from the offense level this __17th__ day of April, 2013.

    BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK
    UNITED STATES DISTRICT COURT
    DISTRICT OF COLORADO